IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                          ) | Case No. 1:21-cr-205-CMH |
| ) | |
| LEONARD ROSEN,      ) | |
| ) | |
| Defendant.    ) | |
| _____) | |

### MOTION OF CHAPTER 7 TRUSTEE FOR FAIRFAX OB-GYN ASSOCIATES, INC FOR RESTITUTION OR OTHER RELIEF

Pursuant to Federal Rules of Criminal Procedure 49(c) and 60, Non-Party, Janet M. Meiburger, Chapter 7 Trustee for the estate of the Debtor, Fairfax OB-GYN Associates, Inc., currently pending in the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division, as Case No. 21-11205-BFK ("Trustee"), by counsel, respectfully moves this Honorable Court to Order restitution from the Defendant Leonard Rosen to the aforesaid Debtor's estate in the amount of $152,256 pursuant to 18 U.S. Code § 3663A or in the alternative to Order certain documentary evidence more fully described in Trustee's Memorandum in Support hereof, be provided to Trustee.  In support of said Motion, Trustee respectively submits herewith a Memorandum in Support.

Dated: March 7, 2022                              Respectfully submitted,

By:   /s/ Matthew A. Clary III
Matthew A. Clary, III (VSB 12041)
Law Offices of Matthew A. Clary, III, PLC
*Counsel for Janet M. Meiburger, Chapter 7 Trustee*
*For estate of Debtor Fairfax OB-GYN Assoc., Inc.*
10114 Farrcroft Drive
Fairfax, Virginia 22030
Tel: (703) 944-5886
Email: mclaryiii@cox.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 4th[th] day of March, 2022, I electronically forwarded the foregoing by email correspondence to counsel of record registered with CM/ECF and that on the 7th day of March 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of such filing to counsel of record that are registered with CM/ECF.

      By: /s/ Matthew A. Clary III
Matthew A. Clary, III (VSB 12041)
Law Offices of Matthew A. Clary, III, PLC
*Counsel for Janet M. Meiburger, Chapter 7 Trustee*
*For estate of Debtor Fairfax OB-GYN Assoc., Inc.*
10114 Farrcroft Drive
Fairfax, Virginia 22030
Tel: (703) 944-5886
Email: mclaryiii@cox.net

2