IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>LEONARD ROSEN, )<br>)<br>*Defendant*. )<br>_____ ) | Criminal No. 1:21CR205 |

## **RESTITUTION ORDER**

1. Pursuant to 18 U.S.C § 3663A(a)(1) and 3663A(a)(3), the defendant is ordered to pay restitution in the amount of **$1,468,658.99.**

2. The amount of restitution paid to any victim, collectively, shall not exceed that victim's total loss giving rise to restitution.

3. The Clerk of Court shall forward all restitution payments to the victims' at the addresses provided in the Attachment A to this Order.

4. Interest:

   ✓ is waived.

   _____ accrues as provided in 18 U.S.C § 3612(f).

5. Notwithstanding any other provision of this Restitution Order or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

6. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

7. If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $ 200.00 per month or 25 percent of net income, whichever is greater, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

8. All payments shall be made to the Clerk of Court, United States District Court, 401 Courthouse Square, Alexandria, VA 22314.

9. Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

10. No delinquent or default penalties will be imposed except upon Order of the Court.

11. The Clerk of Court shall distribute the funds to the victims on a pro rata basis.

/s/ Claude M. Hilton
Honorable Claude M. Hilton
United States District Judge

ENTERED this 20Th day of Apr, 2022.

at Alexandria, Virginia

WE ASK FOR THIS:

Jessica D. Aber
United States Attorney

/s/ Monika L. Moore
Monika L. Moore
Assistant United States Attorneys

SEEN AND AGREED EXCEPT AS TO RESTITUTION ORDERED TO JANET M. MEIBURGER AS CHAPTER 7 TRUSTEE:

/s/ Leonard A Rosen
Leonard Rosen
Defendant

/s/ Stuart A. Sears
Stuart A. Sears
Counsel for Defendant

## ATTACHMENT A TO RESTITUTION ORDER

| Victim: | Loss Amount: |
|---|---|
| Aetna – SIU Overpayments<br>P.O. Box 981105<br>El Paso, TX 79998-1105 | $481.95 |

2

| | |
|---|---|
| Anthem BCBSVA<br>Attn: Melinda Matzell<br>2015 Staples Mill Rd.<br>Mail drop: VA2002-S450<br>Richmond, VA 23230 | $264,945.17 |
| CareFirst BlueCross BlueShield<br>Special Investigations<br>P.O. Box 780322<br>Philadelphia, PA 19178-0322 | $5,337.15 |
| CVS/Caremark<br>Lindsay A. Chuey \| Lead Director<br>Treasury Services, CVS Health Corporation<br>1 CVS Drive<br>Mail Code 2340<br>Woonsocket, RI 02895 | $160,275.75 |
| Express Scripts<br>Attn: Tina Italiano/HQ2E03<br>One Express Way<br>St. Louis, MO 63121 | $791,930.72 |
| U.S. Office of Personnel Management<br>Attention: FUNDS MANAGEMENT<br>1900 E. Street, NW<br>Room 5478<br>Washington, DC 20415 | $14,140.77 |
| United Healthcare<br>Lockbox 945931<br>3585 Atlanta Avenue<br>Hapeville, GA 30354-1705 | $79,291.48 |
| Janet M. Meiburger, Chapter 7 Trustee<br>for the Estate of Debtor, Fairfax OB-GYN<br>Associates, Inc.,<br>in Case No. 21-11205 currently pending<br>before the U.S. Bankruptcy Court for EDVA<br>c/o The Meiburger Law Firm, P.C.<br>1493 Chain Bridge Road, Suite 201<br>McLean, VA 22101 | $152,256.00 |
| **Total due from defendant:** | **$1,468,658.99** |